UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN WILEY & SONS, INC.,            :
                                    :
                 Plaintiff,         :
                                    :   08 Civ. 9941 (RMB)
       - against -                  :
                                    :   **ADMINISTRATIVE ORDER**
JOHN DOE, et al.,                   :
                                    :
                 Defendants.        :
------------------------------------------------------------x

Plaintiff's counsel is directed to appear before the Court for a status conference on March 12, 2009 at 9:00 a.m. in Courtroom 21D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Among other issues, the Court will inquire as to the status of service upon the Defendants.

**SO ORDERED**.

Dated: New York, New York
       February 26, 2009

_____
RICHARD M. BERMAN, U.S.D.J.

